**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Jose Mario Torres QUINONEZ Defendant-Appellant.**

**No. 16-16800 Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(July 7, 2017)

Karin Bethany Hoppmann, Daniel Michael Baeza, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Jose Mario Torres Quinonez, Pro Se

Before TJOFLAT, MARCUS and JULIE CARNES, Circuit Judges.

PER CURIAM:

Victor D. Martinez, appointed counsel for Jose Mario Torres Quinonez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the

relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Quinonez's convictions and sentences are **AFFIRMED**.